AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of **MASSACHUSETTS**

FILED
CLERKS OFFICE
2004 JAN 22 P 2: 03
U.S. DISTRICT COURT
DISTRICT OF MASS.

DIRECTV, Inc.

V.

William Driscoll

SUMMONS IN A CIVIL CASE

CASE NUMBER:

## 03-12256 NG

TO: (Name and address of Defendant)

William Driscoll
25 Apache Road
Bellingham, MA 02019

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

NOV 1 4 2003
DATE

(By) DEPUTY CLERK

**Norfolk County Sheriff's Department**   2015 Washington St. • Braintree, MA 02184 • (781) 326-1787

*Norfolk, ss.*

December 18, 2003

I hereby certify and return that on 12/17/2003 at 11:20 am I served a true and attested copy of the summons, complaint and civil action cover sheet, case cover sheet & corporate disclosure in this action in the following manner: To wit, by delivering in hand to William Driscoll at 25 Apache Road Bellingham, MA 02019. Conveyance ($4.50), Copies-Attestation ($5.00), Basic Service Fee ($30.00), Postage and Handling ($1.00), Travel ($16.64) Total Charges $57.14

**Deputy Sheriff Joan Geer**                                                                     *Deputy Sheriff*

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
         Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.