UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIRECTV, INC., )
 )
    Plaintiff )
 )
v. ) Civil Action 03-12256-NG
 )
 )
WILLIAM DRISCOLL, )
 )
    Defendant )

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for defendant, William Driscoll.

_____
Kenneth D. Quat
BBO 408640
9 Damonmill Square, Suite 4A-4
Concord MA 01742
978-369-0848

### Certificate of Service

I hereby certify that a copy of the foregoing has been served on plaintiff's counsel by mailing same via first class mail, postage prepaid, to John M. McLaughlin, Esquire, McLaughlin Sacks LLC, 31 Trumbull Rd., Northampton MA 01060

_____

Dated: 2/23/04