## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

DIRECTV, INC.
                    Plaintiff

                                                    CIVIL ACTION

V.
                                                    NO.   03cv12256NG

DRISCOLL
                    Defendant


## SETTLEMENT ORDER OF DISMISSAL


GERTNER,        D. J.


The Court having been advised on   July 8, 2004   that the above-entitled action has

been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without

prejudice to the right of any party, upon good cause shown, to reopen the action within sixty

(60) days if settlement is not consummated.


By the Court,


    7/9/2004                                 /s/ Jennifer Filo
       Date                                      Deputy Clerk


(odismstlmt.wpd - 12/98)                                    [stlmtodism.]